UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:04-cr-019-01 (LJM/KPF) |
| | ) | |
| TIMOTHY RAGSDALE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Timothy Ragsdale's supervised release be modified, pursuant to Title 18 U.S.C. §3401(I), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

Mr. Ragsdale's supervised release is modified as follows:

a. The Court modifies defendant's supervised release in that Timothy Ragsdale will reside at a community corrections center, preferably, Volunteers of America, Indianapolis, Indiana, for 180 days.

b. At the conclusion of Mr. Ragsdale's residency at a community corrections center, he will be subject to the conditions previously imposed at sentencing.

SO ORDERED this 07/12/2011

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jim Warden,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service